UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kim Casebolt, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-10623-DRH |
| *Katie Dinerman v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11209-DRH |
| *Lavonne Martin v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11634-DRH |
| *Meagan McKelvey, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-10350-DRH |
| *Veronica Miller, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 11-cv-13580-DRH |
| *Marissa Morelli-Caldwell, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 11-cv-13583-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on July 29, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                              **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                              BY:   /s/*Caitlin Fischer*
                                                          **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.08.01 14:03:34 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT

2